JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. PELTIER,<br><br>        Plaintiff,<br><br>  v.<br><br>RECONTRUST COMPANY, N.A.<br>BANK OF AMERICA, HOME<br>LOANS SERVICING, LP,<br><br>        Defendants. | Case No. EDCV 12-02276-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 29, 2013

                                      VIRGINIA A. PHILLIPS
                              United States District Judge